**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:14-MJ-1500TBM | **DATE:** | June 25, 2014 |
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | Arabic** |
| v. | | **GOVERNMENT COUNSEL** Josie Thomas | |
| MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF** YASSER AHMAD OBEID | | **DEFENSE COUNSEL** Alec Hall, AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 4:16-4:33 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:  INITIAL APPEARANCE (Obeid); Miscellaneous Hearing (Assaf)**

Deft provided w/copy of Complaint
ARREST DATE:   6/25/2014
Court summarized charges
Court advises of Deft's Rule 5 rights
Financial Affidavits submitted for approval
FPD appointed for all further proceedings as to Dft. Obeid
Preliminary Examination WAIVED as to Dft. Obeid
Govt requests temporary detention as to both defendants to determine Immigration status.  Both defendants are a risk of flight; Dft. Obeid is a daily drug user.

Initial Appearance/Bond Hearing reset to 6/26 at 10:00 a.m. as to Dft. Assaf to allow time for court to provide Arabic interpreter.

Bond hearing reset to 6/26 at 2:00 p.m. to allow counsel time to speak with family.