AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF<br><br>Defendant | ) ) ) ) ) ) ) Case No. 8:14MJ1500TBM |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to smuggle firearms from the United States and export these items, designated as defense articles on the United States Munitions List, without a license or written authorization from the Department of State; and conspiracy to engage in the business of dealing in firearms without a federal firearms license, and to ship and receive firearms in interstate and foreign commerce, in violation of 18 U.S.C. §§ 371, 554, 922(a) and 22 U.S.C. § 2778(b).

Date: 6-24-14

*Issuing officer's signature*

City and state: Tampa, Florida       Thomas B. McCoun III, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/24/14, and the person was arrested on *(date)* 6/25/14
at *(city and state)* Tampa, FL.

Date: 6/26/14

*Arresting officer's signature* DUSM for ICE

Jeff R. Cobb, DUSM
*Printed name and title*