UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                             Case No.: 8:14MJ1500TBM

MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF
and YASSER AHMAD OBEID
    Defendants.

## NOTICE OF APPEARANCE

Comes now, David J. Plante, Esq., and Lindsey West, Esq., attorneys with the Plante Law Group, PLC, as attorneys for the Defendant, **MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF,** and hereby enters this Notice of Appearance on behalf of Mahmoud Abdel-Ghani Mohammad Assaf in relation to the Criminal Complaint in this action.

                                       Respectfully submitted,

                                       /s/David J. Plante
                                       David J. Plante, Esquire
                                       Florida Bar No.: 990582
                                       The Plante Law Group, PLC
                                       806 N Armenia Ave
                                       Tampa, FL 33609
                                       (813) 875-5297 Telephone
                                       (813) 879-5297 Facsimile
                                       Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2014, I electronically filed the foregoing Notice of Appearance by using the CM/ECF system which will send a notice of electronic filing to the following: Josephine W. Thomas, Assistant United States Attorney and Alec Fitzgerald Hall, Attorney for Defendant.

                                       /s/David J. Plante
                                       David J. Plante, Esquire